IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:11-cv-1051-TMH |
| | )            WO |
| SUSAN JAMES, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

    1. The plaintiff's objection (Doc. #3) to the Recommendation of the Magistrate Judge filed on January 3, 2012 is overruled;

    2. The Recommendation of the Magistrate Judge (Doc. #2) filed on December 15, 2011 is adopted;

    3. That this case be DISMISSED and REMANDED to the Montgomery County Circuit Court for further proceedings.

    DONE this the 20th day of January, 2012.

                                                    /s/ Truman M. Hobbs
                                    SENIOR UNITED STATES DISTRICT JUDGE